IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                           CASE NO.:  3:00cr48/LAC
                                                                             3:05cv117/LAC/MD

**JEFFREY A. MATZ**
_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 28, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 1237) is DENIED.

DONE AND ORDERED this 13th day of February, 2005.

                                         s/*L.A. Collier*
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**