IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO: 3:00cr48/LAC
                                                              3:05cv117/LAC/MD

JEFFREY A. MATZ

## **ORDER**

      The defendant has filed a motion for certificate of appealability and motion for leave to proceed *in forma pauperis* (doc 1445).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's February 13, 2006 order (doc. 1429) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on November 28, 2006 (doc. 1375), his request for a certificate of appealability is DENIED.

      For the same reasons, there is no good faith basis for an appeal and defendant has not shown that he is entitled to proceed *in forma pauperis*.  Fed.R.App.P. 24(a).  Therefore, defendant's motion for leave to proceed *in forma pauperis* (doc. 1445) is also DENIED.  Defendant shall pay the $255.00 filing fee within thirty (30) days of the date of this order.

      DONE AND ORDERED this 13th day of March, 2006.

                                           *s/L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**